U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

Travis Morris
aka: Travis L. Morris
901 Portsmouth Ave.
Westchester, IL. 60154-2608
Account No: XXXXX

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/13/10.

On or about 01/17/72, 09/06/72, 01/18/73, 01/14/74 and 01/10/75, the borrower executed promissory note(s) to secure loan(s) of $160.00, $200.00, $200.00, $1,000.00 and $800.00 from Wiley College at 3.00 percent interest per annum. The institution made the loan under the Federally-funded National Defense/Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa *et seq.* (34 C.F.R Part 674). The institution demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 03/01/77. Due to this default, the institution assigned all rights and title to the loan to the Department of Education.

After the institution credited all cancellations due and payments received, the borrower owed the school $2,360.00 principal and $1,004.78 interest. This principal and interest, together with any unpaid charges, totaled $3,719.78. The loan was assigned to the Department on 02/05/92.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,360.00 |
| Interest: | $2,272.74 |
| Total debt as of 01/13/10: | $4,632.74 |

Interest accrues on the principal shown here at the rate of $0.19 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 6/2/10

_____
Loan Analyst
Litigation Support

Peter La Roche
Loan Analyst

EXHIBIT B